[No. 6979-2-II. Division Two. July 16, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK E. KEATING, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 7792, Alan R. Hallowell, J., entered March 21, 1983. *Dismissed* by unpublished opinion per Reed, A.C.J., concurred in by Petrich and Alexander, JJ.

[No. 6268-6-III. Division Three. July 18, 1985.]

CLAYTON MERRY, ET AL, *Appellants*, v. RAINIER NATIONAL BANK, *Respondent*.

Appeal from a judgment of the Superior Court for Chelan County, No. 36729, Charles W. Cone, J., entered January 25, 1984. *Affirmed in part* and *reversed in part* by unpublished opinion per Green, C.J., concurred in by Munson and McInturff, JJ.

[No. 12451-0-I. Division One. July 22, 1985.]

CLARENCE GARDNER, ET AL, *Appellants*, v. ROGER D. SOHN, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 81-2-02529-3, Frank H. Roberts, Jr., J., entered October 25, 1982. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Scholfield, A.C.J., and Grosse, J.